IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-00214-01/02-CR-W-GAF |
| | ) | |
| CARLOS GONZALEZ and | ) | |
| ANTHONY RYAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court are defendants Carlos Gonzalez and Anthony Ryan's motions to suppress evidence and statement (doc. 19).

On October 18, 2016, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing and on October 31, 2016, Judge Larsen issued his Report and Recommendation (doc. 32).

Upon careful and independent review of the pending motions, defendants' objections to the report and recommendation (docs. 33, 34), as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is

ORDERED that defendants Carlos Gonzalez and Anthony Ryan's motions to suppress evidence and statement (doc. 19) are OVERRULED and DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 15, 2016